## WARREN V. THE STATE.

(Decided May 13, 1913.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. E. GREENE.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

WALKER, P. J.—No error in the record and the cause is affirmed.

---

## WILLIAMS V. THE STATE.

(Decided May 13, 1913.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. E. GREENE.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

THOMAS, J.—No error of record and the cause is affirmed.

---

## YOUNG V. THE STATE.

(Decided June 17, 1913.)

APPEAL from Houston Circuit Court.

Heard before Hon. H. A. PEARCE.

E. H. HILL, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

THOMAS, J.—The bill of exceptions stricken because not filed within ninety days, and the cause affirmed.